**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1262

KARON ANN PARHAM,

Plaintiff - Appellant,

versus

W. C. AYSCUE, Executor, the Estate of Gerald
A. Frazier,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-96-421-5-H)

Submitted: July 30, 1998          Decided: August 25, 1998

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karon Ann Parham, Appellant Pro Se. Lewis Wardlaw Lamar, Lewis Wardlaw Lamar, Jr., VALENTINE, ADAMS & LAMAR, L.L.P., Nashville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her post-judgment motions to accept newly discovered evidence and for entry of default judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Parham v. Ayscue</u>, No. CA-96-421-5-H (E.D.N.C. Jan. 22, 1998). We deny Parham's motions to produce evidence and command attendance at hearing. We deny Parham's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>